UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

v.                                           **CASE NO. 3:18cr63-MCR**

**GLENN VARRIN**
_____/

## FINAL ORDER OF FORFEITURE

This Court has considered, without hearing, the Government's Motion for Entry of Final Order of Forfeiture. ECF No. 42. This Court finds as follows:

WHEREAS, on June 19, 2018, a Federal Grand Jury sitting in the Northern District of Florida issued a two-count Indictment against the defendant, charging him in Count One with attempted enticement of a Minor, in violation of Title 18, United States Code, Section 2422(b); and in Count Two with possession of child pornography, in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2); and

WHEREAS, the Indictment included a Criminal Forfeiture provision, pursuant to Title 18, United States Code, Sections 2253 and 2428, which put the defendant on notice that the United States would seek to forfeit the below-described property as property involved in the offenses alleged in Counts One and Two; and

WHEREAS, on August 15, 2018, the defendant pled guilty to Count One and the government agreed to move to dismiss Count Two at sentencing. As part of his guilty plea, the defendant agreed that his sentence included the forfeiture of all forfeitable assets which included the below-described property; and

WHEREAS, on January 9, 2018, this Court entered a Preliminary Order of Forfeiture against the following property:

    **A.**    **One iPad Pro 9.7, Serial Number: DMPRXT6FGXPX;**

    **B.**    **One Samsung Galaxy J7 cellular telephone, Serial Number: R58HA6EBC5P;**

    **C.**    **One Gateway 2-in-1 computer;**

    **D.**    **One Samsung Notebook, Model Number: NP-R480L, Serial Number: # 202Y93F2402758K; and**

WHEREAS, pursuant to Rule 32.2 (b)(4)(A) of the Federal Rules of Criminal Procedure, the Preliminary Order of Forfeiture became final as to the defendant, Glenn Varrin, at the time of his sentencing on December 17, 2018, in the above-listed property; and

WHEREAS, pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Certain Admiralty or Maritime Claims and Asset Forfeiture Actions, notice of this forfeiture action and the intent of the United States of America to dispose of the property was published on an official Internet government forfeiture site,

www.forfeiture.gov, for at least 30 consecutive days, beginning December 8, 2018. Such notice informs all third parties of their right to file a petition within sixty (60) days of the first date of publication setting forth their interest in said property; and

WHEREAS, the government has no knowledge of any additional third party interest in the above-mentioned property and no person or entity has filed a claim, it is hereby

ORDERED, ADJUDGED and DECREED that the right, title and interest to the above-referenced property is hereby condemned, forfeited and vested in the United States of America and shall be disposed of in accordance with the law.

**SO ORDERED** this 5th day of March 2019.

                                            s/ *M. Casey Rodgers*
                                            **M. CASEY RODGERS**
                                            **UNITED STATES DISTRICT JUDGE**